THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN FINLEY, Appellant, v. FRANCIS V. GREENE, as Police Commissioner of the Police Department of the City of New York; Respondent.

*People ex rel. Finley v. Greene,* 94 App. Div. 619, affirmed.
(Submitted January 10, 1906; decided January 30, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1904, which affirmed the proceedings of the defendant in reducing the relator from the grade of roundsman to patrolman in the police force of the city of New York.

*Louis J. Grant* and *Jacob Rouss* for appellant.

*John J. Delany,* Corporation Counsel *(Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN WERNER, WILLARD BARTLETT and HISCOCK, JJ.